

114349997 814889    000000-000000
DCL       005280092

# Earnings Statement

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period:      10/12/2025 - 10/18/2025
Advice Date:     10/24/2025
Advice Number:   0123852989
Batch Number:    DCL002019436
Employee ID:     5280092

**MYRLINE RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 10/12/25 - 10/18/25**
**Worked = 38.00 Hours   Ovrtime & Dbltime = 0.00 Hours**

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 38.00 | 23.220 | 882.36 | 34129.30 |
| STRAIGHT TIME | 38.00 # | 23.220 ## | 882.36 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 882.36 | Sub-Total |
| Sick Pay | 2.00 | 23.220 | 46.44 | 758.70 |
| Vacation | | | | 1821.33 |
| Holiday | | | | 880.40 |
| FltgHolidy | | | | 990.45 |
| NON-WRKD HRS | 2.00 # | 23.220 ## | 46.44 | Sub-Total |
| TOTAL GROSS PAY | | | 928.80 | 47342.38 |
| Fed Tax Wages | | | 816.74 | 41966.76 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 928.80 | 47342.38 |
| TOTAL TAXES | 150.18 | 8618.87 |
| TOTAL DEDUCTIONS | 152.98 | 7412.37 |
| NET PAY | 625.64 | 31311.14 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 20.35 | 1781.53 |
| Fed MED/EE | 13.06 | 668.50 |
| Fed OASDI/EE | 55.82 | 2858.40 |
| NY FLI/EE | 3.61 | 183.69 |
| NY Withholdng | 33.93 | 1835.59 |
| NY NEW YORK Withh | 23.41 | 1291.16 |
| TOTAL TAXES | 150.18 | 8618.87 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 83.59 | 4136.48 |
| 401kATx11 | 9.29 | 473.39 |
| &Medical 38 | 22.85 | 959.70 |
| Crdt Assn1 | 30.00 | 1290.00 |
| &Dental 05 | 5.29 | 227.47 |
| &Vision 03 | 1.96 | 84.28 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 205.74 |
| TOTAL DEDUCTIONS | 152.98 | 7412.37 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.63 | 63.69 |
| TOTAL TXBLE BENEF | 1.63 | 63.69 |

© 2002 AutomaticData Processing (PCSUVO)

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:   0123852989
Advice Date:     10/24/2025
5280092

*THIS IS NOT A CHECK*

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 625.64 |



*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

114349997 814889      000000-000000
DCL      005280092

# Earnings Statement

Page 002 of 002
Pay Period:      10/12/2025 - 10/18/2025
Advice Date:     10/24/2025
Advice Number:   0123852989
Batch Number:    DCL002019436
Employee ID:     5280092

**MYRLINE    RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 32.51 | 1656.96 |
| TOTAL ER PD BENEF | 32.51 | 1656.96 |

Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)





# Earnings Statement

```
114349997  814889        000000-000000
DCL        005280092
```

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 10/05/2025 - 10/11/2025
Advice Date: 10/17/2025
Advice Number: 0123522624
Batch Number: DCL002019423
Employee ID: 5280092

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 10/05/25 - 10/11/25**
  Worked = 40.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 40.00 | 23.220 | 928.80 | 33246.94 |
| STRAIGHT TIME | 40.00 # | 23.220 ## | 928.80 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 928.80 | Sub-Total |
| Vacation | | | | 1821.33 |
| Holiday | | | | 880.40 |
| FltgHolidy | | | | 990.45 |
| Sick Pay | | | | 712.26 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 928.80 | 46413.58 |
| Fed Tax Wages | | | 816.74 | 41150.02 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 928.80 | 46413.58 |
| TOTAL TAXES | 150.16 | 8468.69 |
| TOTAL DEDUCTIONS | 152.98 | 7259.39 |
| NET PAY | 625.66 | 30685.50 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 20.35 | 1761.18 |
| Fed MED/EE | 13.05 | 655.44 |
| Fed OASDI/EE | 55.82 | 2802.58 |
| NY FLI/EE | 3.60 | 180.08 |
| NY Withholdng | 33.93 | 1801.66 |
| NY NEW YORK Withh | 23.41 | 1267.75 |
| TOTAL TAXES | 150.16 | 8468.69 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 83.59 | 4052.89 |
| 401kATx11 | 9.29 | 464.10 |
| &Medical 38 | 22.85 | 936.85 |
| Crdt Assn1 | 30.00 | 1260.00 |
| &Dental 05 | 5.29 | 222.18 |
| &Vision 03 | 1.96 | 82.32 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 205.74 |
| TOTAL DEDUCTIONS | 152.98 | 7259.39 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.63 | 62.06 |
| TOTAL TXBLE BENEF | 1.63 | 62.06 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0123522624
Advice Date: 10/17/2025
5280092

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 625.66 |



*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

114349997 814889    000000-000000
DCL    005280092

# Earnings Statement

Pay Period:      10/05/2025 - 10/11/2025
Advice Date:     10/17/2025
Advice Number:   0123522624
Batch Number:    DCL002019423
Employee ID:     5280092

**MYRLINE    RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 32.51 | 1624.45 |
| TOTAL ER PD BENEF | 32.51 | 1624.45 |

Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)





# Earnings Statement

```
114349997  814889         000000-000000
DCL     005280092
```

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 09/28/2025 - 10/04/2025
Advice Date: 10/10/2025
Advice Number: 0123271238
Batch Number: DCL002019408
Employee ID: 5280092

**MYRLINE RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 09/28/25 - 10/04/25**
  **Worked = 38.00 Hours    Ovrtime & Dbltime = 0.00 Hours**

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 38.00 | 23.220 | 882.36 | 32318.14 |
| STRAIGHT TIME | 38.00 # | 23.220 ## | 882.36 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 882.36 | Sub-Total |
| Sick Pay | 2.00 | 23.220 | 46.44 | 712.26 |
| Vacation | | | | 1821.33 |
| Holiday | | | | 880.40 |
| FltqHolidy | | | | 990.45 |
| NON-WRKD HRS | 2.00 # | 23.220 ## | 46.44 | Sub-Total |
| TOTAL GROSS PAY | | | 928.80 | 45484.78 |
| Fed Tax Wages | | | 816.74 | 40333.28 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 928.80 | 45484.78 |
| TOTAL TAXES | 150.17 | 8318.53 |
| TOTAL DEDUCTIONS | 174.01 | 7106.41 |
| NET PAY | 604.62 | 30059.84 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 20.35 | 1740.83 |
| Fed MED/EE | 13.06 | 642.39 |
| Fed OASDI/EE | 55.82 | 2746.76 |
| NY FLI/EE | 3.60 | 176.48 |
| NY Withholdng | 33.93 | 1767.73 |
| NY NEW YORK Withh | 23.41 | 1244.34 |
| TOTAL TAXES | 150.17 | 8318.53 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 83.59 | 3969.30 |
| 401kATx11 | 9.29 | 454.81 |
| &Medical 38 | 22.85 | 914.00 |
| Crdt Assn1 | 30.00 | 1230.00 |
| &Dental 05 | 5.29 | 216.89 |
| Pet Ins | 21.03 | 205.74 |
| &Vision 03 | 1.96 | 80.36 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| TOTAL DEDUCTIONS | 174.01 | 7106.41 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.63 | 60.43 |
| TOTAL TXBLE BENEF | 1.63 | 60.43 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0123271238
Advice Date: 10/10/2025
5280092

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 604.62 |



114349997 814889      000000-000000
DCL      005280092

*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings   Statement

Page 002 of 002
Pay Period:       09/28/2025 - 10/04/2025
Advice Date:      10/10/2025
Advice Number:    0123271238
Batch Number:     DCL002019408
Employee ID:      5280092

**MYRLINE    RIVERA**
--------------------------------
**Delivering   on the  Purple  Promise
makes   this  check   possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 32.51 | 1591.94 |
| TOTAL ER PD BENEF | 32.51 | 1591.94 |

Other Information
\# Represents all hrs in this category
\#\#Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)





```
114349997  814889         000000-000000
DCL       005280092
```

# Earnings Statement

Page 001 of 002
Pay Period: 09/21/2025 - 09/27/2025
Advice Date: 10/03/2025
Advice Number: 0122976450
Batch Number: DCL002019393
Employee ID: 5280092

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 09/21/25 - 09/27/25**
  Worked = 38.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 38.00 | 22.010 | 836.38 | 31435.78 |
| STRAIGHT TIME | 38.00 # | 22.010 ## | 836.38 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 836.38 | Sub-Total |
| Sick Pay | 2.00 | 22.010 | 44.02 | 665.82 |
| Vacation | | | | 1821.33 |
| Holiday | | | | 880.40 |
| FltgHolidy | | | | 990.45 |
| NON-WRKD HRS | 2.00 # | 22.010 ## | 44.02 | Sub-Total |
| | | | | |
| TOTAL GROSS PAY | | | 880.40 | 44555.98 |
| Fed Tax Wages | | | 772.51 | 39516.54 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 880.40 | 44555.98 |
| TOTAL TAXES | 136.70 | 8168.36 |
| TOTAL DEDUCTIONS | 148.14 | 6932.40 |
| NET PAY | 595.56 | 29455.22 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 15.04 | 1720.48 |
| Fed MED/EE | 12.35 | 629.33 |
| Fed OASDI/EE | 52.81 | 2690.94 |
| NY FLI/EE | 3.42 | 172.88 |
| NY Withholdng | 31.50 | 1733.80 |
| NY NEW YORK Withh | 21.58 | 1220.93 |
| TOTAL TAXES | 136.70 | 8168.36 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 79.24 | 3885.71 |
| 401kATx11 | 8.80 | 445.52 |
| &Medical 38 | 22.85 | 891.15 |
| Crdt Assn1 | 30.00 | 1200.00 |
| &Dental 05 | 5.29 | 211.60 |
| &Vision 03 | 1.96 | 78.40 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 184.71 |
| TOTAL DEDUCTIONS | 148.14 | 6932.40 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.45 | 58.80 |
| TOTAL TXBLE BENEF | 1.45 | 58.80 |

© 2002 AutomaticData Processing (PCSUVO)

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0122976450
Advice Date: 10/03/2025
5280092

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 595.56 |



114349997 814889         000000-000000
DCL    005280092

*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings Statement

Page 002 of 002
Pay Period: 09/21/2025 - 09/27/2025
Advice Date: 10/03/2025
Advice Number: 0122976450
Batch Number: DCL002019393
Employee ID: 5280092

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 30.81 | 1559.43 |
| TOTAL ER PD BENEF | 30.81 | 1559.43 |

Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)





# Earnings Statement

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 09/14/2025 - 09/20/2025
Advice Date: 09/26/2025
Advice Number: 0122645510
Batch Number: DCL002019378
Employee ID: 5280092

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

```
Total Hours for Hourly Period 09/14/25 - 09/20/25
  Worked = 40.00 Hours   Ovrtime & Dbltime = 0.00 Hours
```

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 40.00 | 22.010 | 880.40 | 30599.40 |
| STRAIGHT TIME | 40.00 # | 22.010 ## | 880.40 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 880.40 | Sub-Total |
| Vacation | | | | 1821.33 |
| Sick Pay | | | | 621.80 |
| Holiday | | | | 880.40 |
| FltgHolidy | | | | 990.45 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 880.40 | 43675.58 |
| Fed Tax Wages | | | 772.51 | 38744.03 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 880.40 | 43675.58 |
| TOTAL TAXES | 136.69 | 8031.66 |
| TOTAL DEDUCTIONS | 148.14 | 6784.26 |
| NET PAY | 595.57 | 28859.66 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 15.04 | 1705.44 |
| Fed MED/EE | 12.35 | 616.98 |
| Fed OASDI/EE | 52.81 | 2638.13 |
| NY FLI/EE | 3.41 | 169.46 |
| NY Withholdng | 31.50 | 1702.30 |
| NY NEW YORK Withh | 21.58 | 1199.35 |
| TOTAL TAXES | 136.69 | 8031.66 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 79.24 | 3806.47 |
| 401kATx11 | 8.80 | 436.72 |
| &Medical 38 | 22.85 | 868.30 |
| Crdt Assn1 | 30.00 | 1170.00 |
| &Dental 05 | 5.29 | 206.31 |
| &Vision 03 | 1.96 | 76.44 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 184.71 |
| TOTAL DEDUCTIONS | 148.14 | 6784.26 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.45 | 57.35 |
| TOTAL TXBLE BENEF | 1.45 | 57.35 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0122645510
Advice Date: 09/26/2025
5280092

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 595.57 |



114349997 814889        000000-000000
DCL      005280092

*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings   Statement

```
                      Page 002 of 002
Pay Period:      09/14/2025 - 09/20/2025
Advice Date:     09/26/2025
Advice Number:   0122645510
Batch Number:    DCL002019378
Employee ID:     5280092
```

**MYRLINE    RIVERA**
--------------------------------
**Delivering   on  the  Purple   Promise   makes   this  check   possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 30.81 | 1528.62 |
| TOTAL ER PD BENEF | 30.81 | 1528.62 |

Other Information
# Represents  all hrs in this category
##Represents  consolidated  rate for category
$$Non-pilot  pay for hrs worked & piece rate
@ Non-cash  item not included in gross pay
& Item excluded from taxable wages

For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing(PCSUVO)





# Earnings Statement

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

Page 001 of 002
Pay Period: 09/07/2025 - 09/13/2025
Advice Date: 09/19/2025
Advice Number: 0122355420
Batch Number: DCL002019365
Employee ID: 5280092

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 09/07/25 - 09/13/25**
  Worked = 32.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 32.00 | 22.010 | 704.32 | 29719.00 |
| STRAIGHT TIME | 32.00 # | 22.010 ## | 704.32 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 704.32 | Sub-Total |
| FltgHolidy | 8.00 | 22.010 | 176.08 | 990.45 |
| Vacation | | | | 1821.33 |
| Sick Pay | | | | 621.80 |
| Holiday | | | | 880.40 |
| NON-WRKD HRS | 8.00 # | 22.010 ## | 176.08 | Sub-Total |
| TOTAL GROSS PAY | | | 880.40 | 42795.18 |
| Fed Tax Wages | | | 772.51 | 37971.52 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 880.40 | 42795.18 |
| TOTAL TAXES | 136.70 | 7894.97 |
| TOTAL DEDUCTIONS | 148.14 | 6636.12 |
| NET PAY | 595.56 | 28264.09 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 15.04 | 1690.40 |
| Fed MED/EE | 12.35 | 604.63 |
| Fed OASDI/EE | 52.81 | 2585.32 |
| NY FLI/EE | 3.42 | 166.05 |
| NY Withholdng | 31.50 | 1670.80 |
| NY NEW YORK Withh | 21.58 | 1177.77 |
| TOTAL TAXES | 136.70 | 7894.97 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 79.24 | 3727.23 |
| 401kATx11 | 8.80 | 427.92 |
| &Medical 38 | 22.85 | 845.45 |
| Crdt Assn1 | 30.00 | 1140.00 |
| &Dental 05 | 5.29 | 201.02 |
| &Vision 03 | 1.96 | 74.48 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 184.71 |
| TOTAL DEDUCTIONS | 148.14 | 6636.12 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.45 | 55.90 |
| TOTAL TXBLE BENEF | 1.45 | 55.90 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0122355420
Advice Date: 09/19/2025
5280092

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 595.56 |



114349997 814889        000000-000000
DCL      005280092

# Earnings Statement

*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

```
                    Page 002 of 002
Pay Period:      09/07/2025 - 09/13/2025
Advice Date:     09/19/2025
Advice Number:   0122355420
Batch Number:    DCL002019365
Employee ID:     5280092
```

**MYRLINE    RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

```
ER Paid Benefits     This Stmt   Year-To-Date
@&401kMatch4            30.81         1497.81
TOTAL ER PD BENEF       30.81         1497.81
Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103
```

© 2002 AutomaticData Processing (PCSUVO)





114349997 814889     000000-000000
DCL    005280092

# Earnings Statement

Page 001 of 002
Pay Period: 08/31/2025 - 09/06/2025
Advice Date: 09/12/2025
Advice Number: 0122000827
Batch Number: DCL002019350
Employee ID: 5280092

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**MYRLINE RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 08/31/25 - 09/06/25**
  Worked = 32.00 Hours    Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 32.00 | 22.010 | 704.32 | 29014.68 |
| STRAIGHT TIME | 32.00 # | 22.010 ## | 704.32 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 704.32 | Sub-Total |
| Holiday | 8.00 | 22.010 | 176.08 | 880.40 |
| FltgHolidy | | | | 814.37 |
| Vacation | | | | 1821.33 |
| Sick Pay | | | | 621.80 |
| NON-WRKD HRS | 8.00 # | 22.010 ## | 176.08 | Sub-Total |
| TOTAL GROSS PAY | | | 880.40 | 41914.78 |
| Fed Tax Wages | | | 772.51 | 37199.01 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 880.40 | 41914.78 |
| TOTAL TAXES | 136.69 | 7758.27 |
| TOTAL DEDUCTIONS | 169.17 | 6487.98 |
| NET PAY | 574.54 | 27668.53 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 15.04 | 1675.36 |
| Fed MED/EE | 12.35 | 592.28 |
| Fed OASDI/EE | 52.80 | 2532.51 |
| NY FLI/EE | 3.42 | 162.63 |
| NY Withholdng | 31.50 | 1639.30 |
| NY NEW YORK Withh | 21.58 | 1156.19 |
| TOTAL TAXES | 136.69 | 7758.27 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 79.24 | 3647.99 |
| 401kATx11 | 8.80 | 419.12 |
| &Medical 38 | 22.85 | 822.60 |
| Crdt Assn1 | 30.00 | 1110.00 |
| &Dental 05 | 5.29 | 195.73 |
| Pet Ins | 21.03 | 184.71 |
| &Vision 03 | 1.96 | 72.52 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| TOTAL DEDUCTIONS | 169.17 | 6487.98 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.45 | 54.45 |
| TOTAL TXBLE BENEF | 1.45 | 54.45 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number: 0122000827
Advice Date: 09/12/2025
5280092

*** THIS IS NOT A CHECK ***

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 574.54 |



```
114349997  814889        000000-000000
DCL     005280092
```

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

# Earnings Statement

Page 002 of 002
Pay Period: 08/31/2025 - 09/06/2025
Advice Date: 09/12/2025
Advice Number: 0122000827
Batch Number: DCL002019350
Employee ID: 5280092

**MYRLINE     RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 30.81 | 1467.00 |
| TOTAL ER PD BENEF | 30.81 | 1467.00 |

Other Information
# Represents all hrs in this category
##Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages
For Legal inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)





```
114349997  814889         000000-000000
DCL       005280092
```

# Earnings Statement

Pay Period:      08/24/2025 - 08/30/2025
Advice Date:     09/05/2025
Advice Number:   0121766078
Batch Number:    DCL002019338
Employee ID:     5280092

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017
(855) 339-6992

**MYRLINE     RIVERA**
--------------------------------
**Delivering on the Purple Promise makes this check possible.**

**Total Hours for Hourly Period 08/24/25 - 08/30/25**
  Worked = 40.00 Hours   Ovrtime & Dbltime = 0.00 Hours

| Earns-Category | Hr/Unit | Rate | This Stmt | Year-To-Date |
|---|---|---|---|---|
| Base | 40.00 | 22.010 | 880.40 | 28310.36 |
| STRAIGHT TIME | 40.00 # | 22.010 ## | 880.40 | Sub-Total |
| OvrTimePay | | | | 8762.20 |
| OVERTIME | | | 0.00 | Sub-Total |
| GROSS WAGES $$ | | | 880.40 | Sub-Total |
| Holiday | | | | 704.32 |
| FltgHolidy | | | | 814.37 |
| Vacation | | | | 1821.33 |
| Sick Pay | | | | 621.80 |
| NON-WRKD HRS | | | 0.00 | Sub-Total |
| TOTAL GROSS PAY | | | 880.40 | 41034.38 |
| Fed Tax Wages | | | 772.51 | 36426.50 |

| Check Summary | This Stmt | Year-To-Date |
|---|---|---|
| TOTAL GROSS PAY | 880.40 | 41034.38 |
| TOTAL TAXES | 136.69 | 7621.58 |
| TOTAL DEDUCTIONS | 148.14 | 6318.81 |
| NET PAY | 595.57 | 27093.99 |

| Taxes | This Stmt | Year-To-Date |
|---|---|---|
| Fed Withholdng | 15.04 | 1660.32 |
| Fed MED/EE | 12.35 | 579.93 |
| Fed OASDI/EE | 52.81 | 2479.71 |
| NY FLI/EE | 3.41 | 159.21 |
| NY Withholdng | 31.50 | 1607.80 |
| NY NEW YORK Withh | 21.58 | 1134.61 |
| TOTAL TAXES | 136.69 | 7621.58 |

| Deductions | This Stmt | Year-To-Date |
|---|---|---|
| &401kPTx11 | 79.24 | 3568.75 |
| 401kATx11 | 8.80 | 410.32 |
| &Medical 38 | 22.85 | 799.75 |
| Crdt Assn1 | 30.00 | 1080.00 |
| &Dental 05 | 5.29 | 190.44 |
| &Vision 03 | 1.96 | 70.56 |
| Accident | | 0.81 |
| &Medical 05 | | 31.38 |
| Met Legal2 | | 3.12 |
| Pet Ins | | 163.68 |
| TOTAL DEDUCTIONS | 148.14 | 6318.81 |

| Txbl Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @ ImpIncLif1 | 1.45 | 53.00 |
| TOTAL TXBLE BENEF | 1.45 | 53.00 |

© 2002 AutomaticData Processing (PCSUVO)

---

FedEx Logistics, Inc.
Payroll Services
30 FedEx Pkwy, 2nd Fl Horiz
Collierville, TN 38017

Advice Number:   0121766078
Advice Date:     09/05/2025
5280092

*** THIS IS NOT A CHECK ***

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| MYRLINE RIVERA | XXXXXXX5499 | 595.57 |

```
114349997  814889        000000-000000
DCL     005280092
```



*FedEx Logistics, Inc.*
*Payroll Services*
*30 FedEx Pkwy, 2nd Fl Horiz*
*Collierville, TN 38017*
*(855) 339-6992*

# Earnings Statement

Page 002 of 002
Pay Period:        08/24/2025 - 08/30/2025
Advice Date:       09/05/2025
Advice Number:     0121766078
Batch Number:      DCL002019338
Employee ID:       5280092

**MYRLINE    RIVERA**
-------------------------------
**Delivering on the Purple Promise makes this check possible.**

| ER Paid Benefits | This Stmt | Year-To-Date |
|---|---|---|
| @&401kMatch4 | 30.81 | 1436.19 |
| TOTAL ER PD BENEF | 30.81 | 1436.19 |

Other Information
\# Represents all hrs in this category
\#\#Represents consolidated rate for category
$$Non-pilot pay for hrs worked & piece rate
@ Non-cash item not included in gross pay
& Item excluded from taxable wages

For Legal Inquiries, please contact:
FedEx Logistics, Inc.
145 Lt. George W. Lee Ave.
Memphis, TN 38103

© 2002 AutomaticData Processing (PCSUVO)



THIS IS NOT A CHECK