IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Myrline Rivera,<br><br>     Debtor<br><br>Address: 214 S. Maple St.<br>     Mount Carmel, PA 17851<br><br>Debtor Last Four Digits of SSN: 9634<br><br>Myrline Rivera,<br><br>     Movant<br> vs.<br><br>Bridgecrest Credit Company,<br><br>     Respondent | Chapter 7<br><br>Case No. 4:25-bk-3118-MJC |

## **DEBTOR'S MOTION TO REDEEM PROPERTY PURSUANT TO 11 U.S.C. § 722**

  1. Movant is the debtor in the above-captioned chapter 7 case. This matter is a core matter.

  2. Among the dischargeable consumer debts listed in the petition filed herein was a loan from Bridgecrest Credit Company secured by Movant's 2020 Nissan Pathfinder with the VIN number 5N1DR2CM2LC613222.

  3. The automobile has been claimed as exempt under 11 U.S.C. § 522(d)(2), and is used by Movant for personal and family purposes.

  4. The Kelley Blue Book Private Party valuation for a 2020 Nissan Pathfinder with approximately 92,013 miles in the 17851 ZIP code is $12,236.00. A copy of that valuation is attached as Exhibit A.

5. Attached as Exhibit B is an estimate that shows that to make certain repairs to the property would cost $2,549.96.

6. Thus, the net replacement value of the vehicle considering its age and condition is $9,686.04.

7. Movant wishes to redeem the vehicle pursuant to 11 U.S.C. § 722.

WHEREFORE, Movant prays this Court order Bridgecrest Credit Company to remove and mark satisfied any encumbrance or security interest in Movant's vehicle upon payment to Bridgecrest Credit Company of $9,686.04.

Date: November 25, 2025

s/ Carlo Sabatini
Carlo Sabatini, PA 83831
Attorney for Movant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com