**Values**     Get Recall Alerts

Advertisement

My Car's Value
# 2020 Nissan Pathfinder SL Sport Utility 4D

🖨 Print

3.9 ⭐ (219 Ratings)     Write a Review

VIN: **5N1DR2CM2LC613222**

## Your Values

**Private Party**     Instant Cash Offer     Trade-In     Donate Your Car

♡ Save This Car     ⤴ Share This Value

### Stay Up to Speed with Email Alerts

Get an email alert whenever your car's value changes.

Track My Value

Advertisement



https://www.kbb.com/nissan/pathfinder/2020/sl-sport-utility-4d/?vehicleid=446278&mileage=92013&vin=5n1dr2cm2lc622280&feroptions=true&modal…  2/8

Case 4:25-bk-03118-MJC    Doc 10-1    Filed 11/25/25    Entered 11/25/25 16:12:43    Desc
Exhibit A - KBB Private Party Value    Page 2 of 2