# GEICO SECURE INSURANCE COMPANY

Pennsylvania
Request a Supplement:
CCC Facility: Use CCC Estimate Share
Non-CCC Facility: partners.geico.com

One GEICO Boulevard
Fredericksburg, VA 22412
Phone: (478) 444-6454

Claim #:
Workfile ID:

## Estimate of Record

Written By: JEFFREY J. FECANIN, License Number: , 6/28/2025 12:34:21 PM
Adjuster: FECANIN, JEFFREY, (478) 444-6454 Business

| | | | | | | |
|---|---|---|---|---|---|---|
| Insured: | Myrline Rivera | Owner Policy #: | | Claim #: | | |
| Type of Loss: | Comprehensive | Date of Loss: | 06/28/2025 06:03 AM | Days to Repair: | 6 | |
| Point of Impact: | 11 Left Front | Deductible: | 1000.00 | | | |

| Owner (Insured): | Inspection Location: | Appraiser Information: | Repair Facility: |
|---|---|---|---|
| Myrline Rivera | 214 S Maple St | | OWNERS CHOICE |
| 214 S Maple St | Mount Carmel, PA 17851-2027 | (478) 444-6454 | |
| Mount Carmel, PA 17851-2027 | Desk | | |
| | (718) 481-5084 Other | | |

## VEHICLE

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 5N1DR2CM2LC613222 | Production Date: | 03/2020 | Interior Color: | Charcoal | |
| License: | MCY7126 | Odometer: | 85272 | Exterior Color: | Brilliant Silver Met | |
| State: | PA | Condition: | Good | | | |

| TRANSMISSION | Intermittent Wipers | RADIO | SEATS |
|---|---|---|---|
| Automatic Transmission | Tilt Wheel | AM Radio | Bucket Seats |
| 4 Wheel Drive | Cruise Control | FM Radio | Leather Seats |
| POWER | Rear Defogger | Stereo | Heated Seats |
| Power Steering | Keyless Entry | Search/Seek | Rear Heated Seats |
| Power Brakes | Alarm | CD Player | 3rd Row Seat |
| Power Windows | Message Center | Auxiliary Audio Connection | WHEELS |
| Power Locks | Steering Wheel Touch Controls | Satellite Radio | Aluminum/Alloy Wheels |
| Power Mirrors | Rear Window Wiper | SAFETY | PAINT |
| Heated Mirrors | Telescopic Wheel | Drivers Side Air Bag | Clear Coat Paint |
| Power Driver Seat | Heated Steering Wheel | Passenger Air Bag | Metallic Paint |
| Power Passenger Seat | Climate Control | Anti-Lock Brakes (4) | OTHER |
| Memory Package | Dual Air Condition | 4 Wheel Disc Brakes | Fog Lamps |
| DECOR | Navigation System | Traction Control | Rear Spoiler |
| Dual Mirrors | Backup Camera | Stability Control | Signal Integrated Mirrors |
| Privacy Glass | Parking Sensors | Front Side Impact Air Bags | TRUCK |

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

| | | | |
|---|---|---|---|
| Console/Storage | Surround View Camera | Head/Curtain Air Bags | Power Trunk/Liftgate |
| Overhead Console | Remote Starter | Hands Free Device | |
| CONVENIENCE | Intelligent Cruise | Xenon or L.E.D. Headlamps | |
| Air Conditioning | Home Link | Blind Spot Detection | |

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

| Line | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | # | | Electronic Signature JEFFREY FECANIN Appraiser IA-1704262 | | 1 | | | |
| 2 | FRONT BUMPER | | | | | | | |
| 3 | | | O/H front bumper | | | | 2.4 | |
| 4 | ** <> | Repl | A/M Bumper cover w/o Rock Creek Edition | N2396 | 1 | 344.62 | Incl. | 3.2 |
| 5 | | | Add for Clear Coat | | | | | 1.3 |
| 6 | | | Add for fog lamps | | | | 0.5 | |
| 7 | | R&I | RT Trim cover w/fog lamps | 622569PF0B | | | Incl. | |
| 8 | | R&I | LT Trim cover w/fog lamps | 622579PF0B | | | Incl. | |
| 9 | | R&I | Spoiler w/o Rock Creek Ed. | 960159PF0A | | | Incl. | |
| 10 | GRILLE | | | | | | | |
| 11 | | R&I | R&I grille assy | 623109PF1B | | | Incl. | |
| 12 | FRONT LAMPS | | | | | | | |
| 13 | * | Repl | LKQ LT Headlamp assy +25% | ~425169834 | 1 | <u>583.75</u> | <u>0.3</u> | |
| 14 | | | Aim headlamps | | | | 0.5 | |
| 15 | FENDER | | | | | | | |
| 16 | ** | Repl | A/M CAPA LT Fender w/o Rock Creek | 0823.0712C | 1 | 198.25 | 1.7 | 2.0 |
| 17 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 18 | | | Add for Clear Coat | | | | | 0.4 |
| 19 | | R&I | LT Fender liner all | 638419NB0A | | | Incl. | |
| 20 | | R&I | LT Lower molding | 638733KA0A | | | Incl. | |
| 21 | # | Rpr | Clean and Re-Tape | | | | 0.2 | |
| 22 | FRONT DOOR | | | | | | | |
| 23 | * | Blnd | LT Outer panel w/o molding | 801533KM4A | | | | <u>1.2</u> |
| 24 | | R&I | LT Belt molding | 808213KA0B | | | 0.3 | |
| 25 | | R&I | LT Frt rocker mldg | 808779PB0A | | | 0.2 | |
| 26 | | R&I | LT R&I mirror | 963029PJ9D | | | 0.3 | |
| 27 | | R&I | LT Handle, outside w/Intelligent key chrome | 806403TA3A | | | 0.4 | |
| 28 | VEHICLE DIAGNOSTICS | | | | | | | |
| 29 | # | Repl | Post-Repair Scan (Pricing sourced through asTech) | | 1 | 15.00 T | 0.6 | |
| | | | NOTE: REQUIRED BY NISSAN | | | | | |
| 30 | MISCELLANEOUS OPERATIONS | | | | | | | |
| 31 | # | Repl | Flex Additive | | 1 | 5.00 | | |
| 32 | # | Rpr | Cover Car | | | | | 0.2 |
| 33 | OTHER CHARGES | | | | | | | |
| 34 | # | | Hazardous Waste Removal | | 1 | 5.00 | | |
| | | | | | SUBTOTALS | 1,151.62 | 7.4 | 8.1 |

### NOTES

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

Estimate Notes:
Copy of Estimate was furnished to the owner of the vehicle. Owner has not chosen a repair shop at the time of the estimate.

Copy of estimate was emailed to customer.

Payment will be sys gen and sent to the customer.

Rental not covered.

Prior Damage Notes:
NONE VISABLE AT TIME OF INSPECTION

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 1,131.62 |
| Body Labor | 7.4 hrs | @ | $ 60.00 /hr | 444.00 |
| Paint Labor | 8.1 hrs | @ | $ 60.00 /hr | 486.00 |
| Paint Supplies | 8.1 hrs | @ | $ 40.00 /hr | 324.00 |
| Miscellaneous | | | | 15.00 |
| Other Charges | | | | 5.00 |
| Subtotal | | | | 2,405.62 |
| Sales Tax | $ 2,405.62 | @ | 6.0000 % | 144.34 |
| Total Cost of Repairs | | | | 2,549.96 |
| Deductible | | | | 1,000.00 |
| Total Adjustments | | | | 1,000.00 |
| Net Cost of Repairs | | | | 1,549.96 |

THIS ESTIMATE WAS GENERATED BY AN ARTIFICIAL INTELLIGENCE APPLICATION BASED ON PHOTOGRAPHIC DATA AND REVIEWED BY A HUMAN ADJUSTER. YOUR INSURANCE POLICY MAY PROVIDE YOU A RIGHT TO APPEAL THIS ESTIMATE OR TO REQUEST ADDITIONAL REVIEW. PLEASE REFER TO YOUR INSURANCE POLICY OR CONTACT YOUR INSURANCE COMPANY FOR ADDITIONAL INFORMATION.

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

This is not an authorization to repair.

All GEICO customers have the right to have their vehicle repaired in the shop of their choice.

No Supplement will be honored unless authorized by GEICO.

NOTICE: Vehicles constructed of special metals may require the use of specialized welding and bonding equipment. Proper measuring and structural repair systems are required on today's vehicle to accurately accomplish vehicle repairs.  Make sure your shop has the proper equipment to repair your vehicle.

ALTERNATE PARTS DISCLAIMER:
IF A QUALITY REPLACEMENT PART (A/M, LKQ, RECOND OR OPT OEM) APPEARS ON THIS ESTIMATE, IT INDICATES THAT THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. GUARANTEES, IF ANY, APPLICABLE TO THESE REPLACEMENT CRASH PARTS ARE PROVIDED BY THE PART MANUFACTURER OR DISTRIBUTOR RATHER THAN BY THE MANUFACTURER OF YOUR VEHICLE.

***IN ADDITION TO ANY SUCH GUARANTEES, GEICO PROVIDES THE FOLLOWING:
****OWNER LIMITED GUARANTEE**** WE GUARANTEE THAT ALL QUALITY REPLACEMENT BODY PARTS (PARTS NOT MANUFACTURED BY THE MANUFACTURER) IDENTIFIED ON YOUR ESTIMATE, ARE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP AND MEET GENERALLY ACCEPTED INDUSTRY STANDARDS.  THIS PARTS AND LABOR GUARANTEE WILL BE IN EFFECT FOR AS LONG AS YOU OWN THE VEHICLE DESCRIBED IN THE ESTIMATE. THIS GUARANTEE COVERS THE COST OF THE PART, LABOR TO INSTALL, AND INCIDENTALS SUCH AS PAINT AND MATERIALS AND IS SPECIFICALLY LIMITED TO THOSE ITEMS.  THIS GUARANTEE DOES NOT COVER LOSS OR DAMAGE THAT IS UNRELATED TO DEFECTS IN THE QUALITY REPLACEMENT PARTS.  THIS IS NOT TRANSFERABLE. IF ANY QUALITY REPLACEMENT PARTS ARE DEFECTIVE IN EITHER MATERIAL OR WORKMANSHIP, CONTACT YOUR LOCAL GEICO REPRESENTATIVE.

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN A/M=AFTERMARKET BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION. COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER. THERE IS NO REQUIREMENT THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED, THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED. INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE, DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

AFTERMARKET CRASH PART - A NONORIGINAL EQUIPMENT MANUFACTURER (NON-OEM) REPLACEMENT PART, EITHER NEW OR USED, FOR ANY OF THE NONMECHANICAL PARTS THAT GENERALLY CONSTITUTE THE EXTERIOR OF THE MOTOR VEHICLE, INCLUDING INNER AND OUTER PANELS. THIS APPRAISAL WILL INDICATE IF AFTERMARKET CRASH PARTS ARE SPECIFIED. IF THE USE OF SUCH PARTS VOIDS THE WARRANTY ON THE PART BEING REPLACED OR ON ANY OTHER PART, THE AFTER MARKET CRASH PART SHALL HAVE A WARRANTY EQUAL TO OR BETTER THAN THE REMAINDER OF THE EXISTING WARRANTY.

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARF3638, CCC Data Date 06/09/2025, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2024 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. CFC=Carbon Fiber. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. STS=Stainless Steel. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Solutions Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

In accordance with Pennsylvania statute (63 P.S. Section 861(c)), the appraiser may use photographs, videos, and telephone calls to prepare a repair estimate. The submission of photos or videos is NOT REQUIRED to obtain a repair estimate. Additionally, supplemental repair estimates may be completed through the use of photographs, videos, or telephonic means unless the repairs are disputed.

Diagnostic, Scanning and Repair Calibration
All estimate lines listing pricing secured through asTech are marked up and can be obtained by contacting asTech directly
Website: asTech.com/geico
Phone: 1-888-486-1166
Email: geico@repairify.com

## Estimate of Record

2020 NISS Pathfinder SL 4WD 4D UTV 6-3.5L Gasoline Gasoline Direct Injection Brilliant Silver Met

### ALTERNATE PARTS SUPPLIERS

| Line | Supplier | Description | Price |
|---|---|---|---|
| 4 | Empire Auto Parts<br>15 Jackson Road<br>Totowa NJ 07512<br>(800) 624-4561 | #N2396<br>A/M Bumper cover w/o Rock Creek Edition<br>Quote: 146705662<br>Expires: 06/28/25 | $ 344.62 |
| 13 | LKQ Thruway Auto Parts<br>201 State Road (SR 248)<br>PARRYVILLE PA 18244<br>(610) 377-0331 | #~425169834<br>LKQ LT Headlamp assy +25%<br>Headlamp Assembly LED, L.,S#$X2619 - LED, L.<br>Quote: 3036013087<br>Expires: 08/11/25 | $ 467.00 |
| 16 | Continental Auto Parts<br>Jay Pizarro<br>801 Gibson Blvd<br>Harrisburg PA 17104<br>(717) 776-1063 | #0823.0712C<br>A/M CAPA LT Fender w/o Rock Creek | $ 198.25 |