IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Myrline Rivera,<br><br>                Debtor<br><br>Address:  214 S Maple St<br>               Mount Carmel, PA 17851<br><br>Debtor Last Four Digits of SSN: 9634<br><br>Myrline Rivera,<br><br>                Movant<br>   vs.<br><br>Bridgecrest Credit Company,<br><br>               Respondent | Chapter 7<br><br>Case No. 4:25-bk-3118-MJC |

## **NOTICE**

Debtor filed *Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722* on November 25, 2025.

If you object to the relief requested, you must file your objection/response on or before 14 days from the date of this notice with the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main St., Wilkes-Barre, PA 18701.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| Date: November 25, 2025 | s/ Carlo Sabatini<br>Carlo Sabatini, PA 83831<br>Attorney for Debtor<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email ecf@bankruptcypa.com |