IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Myrline Rivera,

             Debtor

Address: 214 S Maple St
          Mount Carmel, PA 17851

Debtor Last Four Digits of SSN: 9634


Myrline Rivera,

             Movant

    vs.

Bridgecrest Credit Company,

             Respondent

Chapter 7

Case No. 4:25-bk-3118-MJC

**ORDER**

      Upon consideration of *Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722*, it is hereby ordered that the Motion is granted. Bridgecrest Credit Company will remove and mark satisfied any encumbrance or security interest in Movant's vehicle with VIN number 5N1DR2CM2LC613222 upon payment to Bridgecrest Credit Company of $9,686.04.