IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re:<br><br>Myrline Rivera,<br>              Debtor<br><br>Myrline Rivera,<br>              Movant<br>vs.<br><br>Bridgecrest Credit Company,<br>              Respondent | Chapter 7<br><br>Case No. 4:25-bk-3118-MJC |
|---|---|

**Certificate of Service**

| Title of Papers Served: | • Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722<br>• Notice<br>• Proposed Order | | |
|---|---|---|---|
| Name and Address of Recipient: | | Entity the Recipient Represents (if applicable) | Method of Service |
| Officer, Manager, or General Agent<br>Bridgecrest Credit Company<br>1800 N Colorado St<br>Gilbert, AZ 85233 | | | U.S. Mail – Certified, Return Receipt Requested |
| Officer, Manager, or General Agent<br>Bridgecrest Credit Company<br>7300 E Hampton Ave Suite 101<br>Mesa, AZ 85209 | | | U.S. Mail – Certified, Return Receipt Requested |
| Officer, Manager, or General Agent<br>Attn: Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC Department<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | | | U.S. Mail – Certified, Return Receipt Requested |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 25, 2025　　　　　　　　　　　　s/Ashley Weisenfluh
　　　　　　　　　　　　　　　　　　　　　　　　Ashley Weisenfluh, Paralegal
　　　　　　　　　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC