UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Williamsport Division

| | |
|---|---|
| IN RE:<br><br>MYRLINE RIVERA<br><br>Debtor | Chapter 7<br>Case No. 25-03118-MJC |
| BRIDGECREST ACCEPTANCE CORPORATION/CARVANA, LLC<br><br>Movant<br><br>v.<br><br>MYRLINE RIVERA<br>(Debtor)<br><br>LISA ANN RYNARD<br>(Trustee)<br><br>Respondents | Doc. No. 10<br><br>Hearing Date: |

**BRIDGECREST ACCEPTANCE CORPORATION/CARVANA, LLC'S RESPONSE TO DEBTOR'S MOTION TO REDEEM PROPERTY PURSUANT TO 11 U.S.C. §722**

NOW COMES the Creditor, Bridgecrest Acceptance Corporation/Carvana, LLC and responds to Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. sec. 722 as follows:

1. Creditor agrees.

2. Creditor is the holder of a Retail Installment Contract and Security Agreement entered into by Debtor, Myrline Rivera, on January 3, 2023, for the purchase of a 2020 Nissan Pathfinder, VIN 5N1DR2CM2LC613222 (hereinafter "Vehicle"). See attached hereto as Exhibits A and B, respectively are the contract and lien.

3. Creditor neither agrees or disagrees and leaves the Debtor to burden their proof.

4. Creditor neither agrees or disagrees and leaves the Debtor to burden their proof.

5. Creditor neither agrees or disagrees and leaves the Debtor to burden their proof. Upon information and belief, the repair estimate provided by the Debtor relates to an open insurance claim with Geico from June 2025. These repairs should have been completed at that time and are no longer relevant.

6. Creditor asserts that Debtor's proposed redemption value of $9,686.04 is not acceptable. Creditor is entitled to receive the full replacement value of the Vehicle. The estimated replacement value a retail merchant would charge for the Vehicle is $18,525.00, pursuant to the J.D. Power valuation attached hereto as Exhibit C, and consistent with the Court's reasoning in In re Hauser, 405 B.R. 684 (Bankr. S.D. Fla. 2009) and In re Ortiz, 2007 WL 1176019 (Bankr. S.D. Fla. 2007).

7. To the extent that Debtor's Motion fails to redeem the Vehicle at $18,525.00, Creditor objects to the Motion.

WHEREFORE, Bridgecrest Acceptance Corporation/Carvana, LLC respectfully requests that the Court deny Debtor's Motion to Redeem unless the redemption amount is set at $18,525.00, and grant such other relief as the Court deems just and proper.

Date: December 9, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Bridgecrest Acceptance Corporation/Carvana, LLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com

mbradford@orlans.com  
File Number: 25-015689