UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Williamsport Division

| | |
|---|---|
| IN RE:<br><br>MYRLINE RIVERA<br><br>Debtor | Chapter 7<br>Case No. 25-03118-MJC |
| BRIDGECREST ACCEPTANCE CORPORATION/CARVANA, LLC<br><br>Movant<br><br>v.<br><br>MYRLINE RIVERA<br>(Debtor)<br><br>LISA ANN RYNARD<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on December 9, 2025, I caused to be served a copy of Response to Debtor's Motion to Redeem on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: December 9, 2025

                                            Respectfully Submitted,

                                            */s/Eliza Garifullina*
                                            Eliza Garifullina, Esq. PA 336983
                                            Michele M. Bradford, Esq. PA 69849
                                            Orlans Law Group PLLC
                                            Attorney for Bridgecrest Acceptance Corporation/Carvana, LLC
                                            200 Eagle Road, Bldg 2, Suite 120
                                            Wayne, PA 19087
                                            (484) 367-4191
                                            Email: egarifullina@orlans.com
                                            mbradford@orlans.com
                                            File Number: 25-015689

<u>VIA US MAIL</u>

Myrline Rivera, Debtor
214 S Maple St
Mount Carmel, PA 17851

<u>VIA ECF</u>

Carlo Sabatini, Esq. on behalf of Debtor

Lisa Ann Rynard Esq., Chapter 7 Trustee