UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Williamsport Division

In re:      Chapter 7
    Myrline Rivera     Case No. 25-03118-MJC

    Debtor

_____

## NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor, Bridgecrest Acceptance Corporation/Carvana, LLC, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date: December 10, 2025

    Respectfully Submitted,

    */s/Eliza Garifullina*_____
    Eliza Garifullina, Esq. PA 336983
    Michele M. Bradford, Esq. PA 69849
    Orlans Law Group PLLC
    Attorney for Bridgecrest Acceptance
    Corporation/Carvana, LLC
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: egarifullina@orlans.com
    mbradford@orlans.com
    File Number: 25-015689