UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Williamsport Division

In re:  
    Myrline Rivera

    Debtor

Chapter 7  
Case No. 25-03118-MJC

_____

## CERTIFICATE OF SERVICE

    I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on December 10, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: December 10, 2025

    Respectfully Submitted,

    */s/Eliza Garifullina*_____  
    Eliza Garifullina, Esq. PA 336983  
    Michele M. Bradford, Esq. PA 69849  
    Orlans Law Group PLLC  
    Attorney for Bridgecrest Acceptance Corporation/Carvana, LLC  
    200 Eagle Road, Bldg 2, Suite 120  
    Wayne, PA 19087  
    (484) 367-4191  
    Email: egarifullina@orlans.com  
    mbradford@orlans.com  
    File Number: 25-015689

<u>VIA US MAIL</u>

Myrline Rivera, Debtor  
214 S Maple St  
Mount Carmel, PA 17851

<u>VIA ECF</u>

Carlo Sabatini, Esq. on behalf of Debtor

Lisa Ann Rynard Esq., Chapter 7 Trustee