UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(Williamsport)

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 4:25-bk-03118-MJC |
| MYRLINE RIVERA ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor ) | |
| ) | |
| ) | |
| BRIDGECREST CREDIT COMPANY, ) | Ref. Dkt. Nos. 10, 13 and 14 |
| LLC, AS AGENT AND SERVICER FOR ) | |
| CARVANA, LLC ) | |
| Movant ) | |
| v. ) | |
| ) | |
| MYRLINE RIVERA ) | |
| ) | |
| Respondent ) | |
| ) | |
| LISA ANN RYNARD ) | |
| Trustee ) | |

## ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING

UPON CONSIDERATION of the Motion for Continuance filed by Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC and it appearing that the relief requested is justified, it is hereby

**ORDERED,** that the hearing scheduled for January 15, 2026 at 10:00 AM is continued to **February 12, 2026 at 10:30 AM**, at Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes-Barre, PA 18701.