UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Williamsport Division

| | |
|---|---|
| IN RE:<br><br>MYRLINE RIVERA<br><br>Debtor | Chapter 7<br>Case No. 25-03118-MJC |
| BRIDGECREST CREDIT COMPANY, LLC AS AGENT AND SERVICER FOR CARVANA, LLC<br><br>Movant<br><br>v.<br><br>MYRLINE RIVERA<br>(Debtor)<br><br>LISA ANN RYNARD<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on January 8, 2026, I caused to be served a copy of Emergency Motion to Continue Hearing on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>January 8, 2026</u>

                                                                Respectfully Submitted,

                                                                */s/ Elizabeth A. Trachtman*
                                                                Eliza Garifullina, Esq. PA 336983
                                                                Elizabeth A. Trachtman, Esq. PA 333471
                                                                Orlans Law Group PLLC
                                                                Attorney for Bridgecrest Credit Company,
                                                                LLC as Agent and Servicer for Carvana, LLC
                                                                200 Eagle Road, Bldg 2, Suite 120
                                                                Wayne, PA 19087
                                                                (484) 367-4191
                                                                Email: egarifullina@orlans.com
                                                                etrachtman@orlans.com

File Number: 25-015689

<u>VIA US MAIL</u>

Myrline Rivera, Debtor
214 S Maple St
Mount Carmel, PA 17851

<u>VIA ECF</u>

Carlo Sabatini, Esq. on behalf of Debtor

Lisa Ann Rynard Esq., Chapter 7 Trustee