# Ashley Weisenfluh

| | |
|---|---|
| **From:** | Carlo Sabatini |
| **Sent:** | Wednesday, January 7, 2026 4:33 PM |
| **To:** | Eliza Garifullina (x3121) |
| **Cc:** | Elizabeth A. Trachtman (x8091); Paul J. Moran (x4810) |
| **Subject:** | RE: 25-03118 Rivera - In-person 1/15/26 - Motion to Redeem Hearing |

Eliza,

I just left a voicemail for you. I tried calling you to discuss settlement.

I'm sorry, but I would not recommend that my client consent to a continuance of the hearing. We are ready to proceed and we want a decision as soon as possible as to the amount that would be required to redeem. The car needs repairs that she wants to have done as soon as possible. But, she obviously does not want to put money into the vehicle now, because that would just be paying double (the out of pocket expense now, and then the redemption amount would be increased by that same amount because the valuation would be greater due to the improved condition after the repair). So, putting the hearing off would unfairly force her to delay repairs.

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 614-4444
carlo@bankruptcypa.com

**From:** Eliza Garifullina (x3121) <egarifullina@orlans.com>
**Sent:** Wednesday, January 7, 2026 12:41 PM
**To:** Carlo Sabatini <carlo@bankruptcypa.com>
**Cc:** Elizabeth A. Trachtman (x8091) <etrachtman@orlans.com>; Paul J. Moran (x4810) <pmoran@orlans.com>
**Subject:** 25-03118 Rivera - In-person 1/15/26 - Motion to Redeem Hearing

Good afternoon, Carlo

I am confirming that I have received an email from Trish regarding the in-person evidentiary hearing for **25-03118 Rivera**. However, I wanted to discuss this matter with you first. Also, I have copied my colleague, Elizabeth Trachtman, on this email who will be attending the hearing in person if it comes to it.

I was wondering whether you would consider continuing the **1/15/26** to allow our client time to obtain an appraisal of the vehicle and collect the necessary documentation.

Additionally, we have informed our client regarding the evidentiary hearing and asked whether they are open to settlement options. In the meantime, could you please let us know if you have any offers to settle this matter in mind?

Thank you!



1

**ELIZA GARIFULLINA**
Associate Attorney
Admitted in PA NY

egarifullina@orlans.com
Direct · 248.502.3121
Main  · 484.367.4191
Fax    · 484.367.4192

orlans.com
200 Eagle Road, Suite 120, Wayne, PA 19087

My job includes exceptional customer service.
If you would like to comment on the service you have received,
please email your feedback to CustomerCare@Orlans.com.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained that will be used for that purpose. This e-mail, including any attachments, may contain confidential and/or legally privileged information and is intended solely for use by the individual to whom it is addressed. If you received this e-mail in error, please notify the sender, do not disclose its contents to others, and delete it from your system. Any other use of this e-mail and/or its attachments is prohibited. This message does not create an attorney-client relationship, constitute an electronic signature, or intent to contract electronically. Please note that all e-mail communications to and from our firm may be monitored, retained and archived, and/or reviewed by our compliance department. Confidential and time-sensitive information should not be transmitted via e-mail because it is not encrypted and there can be no assurance of confidentiality or actual, accurate, or timely receipt. We recommend that you do not use e-mail to send or receive communications which contain unencrypted confidential information such as passwords, account numbers, or Social Security numbers.

You may opt out of email communication at any time by responding to this email and indicating you wish to opt out.