# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414711899561977134561

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:48 am on December 2, 2025 in OKLAHOMA CITY, OK 73118.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

OKLAHOMA CITY, OK 73118
December 2, 2025, 11:48 am

### Out for Delivery

OKLAHOMA CITY, OK 73118
December 2, 2025, 6:10 am

### Arrived at Post Office

OKLAHOMA CITY, OK 73118
December 2, 2025, 5:37 am

### Arrived at USPS Facility

OKLAHOMA CITY, OK 73118
December 2, 2025, 5:20 am

### Departed USPS Regional Facility

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 2, 2025, 4:49 am

### Arrived at USPS Regional Destination Facility

Feedback

OKLAHOMA CITY OK DISTRIBUTION CENTER
December 1, 2025, 2:18 pm

**In Transit to Next Facility**
November 30, 2025

**Arrived at USPS Regional Origin Facility**
HARRISBURG PA PACKAGE SORTING CENTER
November 28, 2025, 11:37 pm

**Accepted at USPS Origin Facility**
SCRANTON, PA 18512
November 28, 2025, 10:22 pm

**Shipping Label Created, USPS Awaiting Item**
SCRANTON, PA 18512
November 25, 2025, 2:59 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Case 4:25-bk-03118-MJC    Doc 17-2    Filed 01/08/26    Entered 01/08/26 17:46:59    Desc
Exhibit Delivery Confirmation    Page 3 of 6

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9414711899561977707239

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:45 am on December 2, 2025 in MESA, AZ 85209.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
MESA, AZ 85209
December 2, 2025, 10:45 am

### Out for Delivery
MESA, AZ 85209
December 2, 2025, 7:33 am

### Arrived at Post Office
MESA, AZ 85209
December 2, 2025, 7:22 am

### Arrived at USPS Facility
MESA, AZ 85209
December 2, 2025, 6:02 am

### Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER
December 2, 2025, 4:53 am

### Arrived at USPS Regional Destination Facility

Feedback

PHOENIX AZ DISTRIBUTION CENTER
December 2, 2025, 2:45 am

**Arrived at USPS Facility**

AVONDALE, AZ 85323
December 1, 2025, 4:55 am

**In Transit to Next Facility**

November 30, 2025, 3:49 pm

**In Transit to Next Facility**

November 29, 2025, 3:36 pm

**Departed USPS Regional Facility**

WARRENDALE PA DISTRIBUTION CENTER
November 29, 2025, 9:31 am

**Arrived at USPS Regional Facility**

WARRENDALE PA DISTRIBUTION CENTER
November 29, 2025, 9:06 am

**In Transit to Next Facility**

November 29, 2025, 6:19 am

**Departed USPS Facility**

HARRISBURG, PA 17112
November 29, 2025, 3:55 am

**Arrived at USPS Regional Origin Facility**

HARRISBURG PA PACKAGE SORTING CENTER
November 28, 2025, 11:35 pm

**Accepted at USPS Origin Facility**

SCRANTON, PA 18512
November 28, 2025, 10:20 pm

**Shipping Label Created, USPS Awaiting Item**

SCRANTON, PA 18512
November 25, 2025, 2:44 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs