**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**(Williamsport)**

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  4:25-bk-03118-MJC |
| MYRLINE RIVERA ) | |
| ) | CHAPTER 7 |
| ) | |
| Debtor ) | |
| ) | |
| ──────────────────── ) | |
| ) | |
| BRIDGECREST CREDIT COMPANY, ) | Doc. 16 |
| LLC, AS AGENT AND SERVICER FOR ) | |
| CARVANA, LLC ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| MYRLINE RIVERA ) | |
| ) | |
| Respondent ) | |
| ) | |
| LISA ANN RYNARD ) | |
| Trustee ) | |

<u>**ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING**</u>

Upon consideration of the Emergency Motion for Continuance filed by Bridgecrest  Credit Company, LLC as Agent and Servicer for Carvana, LLC, the Answer to the Motion filed by the Debtor and the case as a whole,  it is hereby

**ORDERED,** that the hearing scheduled for January 15, 2026 at 10:00 a.m. is continued to **February 12, 2026 at 11:00 a.m.**, Max Rosenn US Courthouse, 197 South Main Street,  Courtroom 2, Wilkes-Barre, PA 18701; and,

**FURTHER ORDERED** that counsel and their witnesses are to appear in person when evidentiary hearings are being held unless, upon Motion for cause shown, the Court grants an exception.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 9, 2026