United States Bankruptcy Court

Middle District of Pennsylvania

In re:      Case No. 25-03118-MJC
Myrline Rivera      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: admin     Page 1 of 3
Date Rcvd: Feb 11, 2026     Form ID: 318     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myrline Rivera, 214 S Maple St, Mount Carmel, PA 17851-2027 |
| 5754575 | | Apex Asset Management LLC, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 5754581 | | Bridgecrest Credit Company, 1800 N Colorado St, Gilbert, AZ 85233 |
| 5754585 | | Copio Partners LLC, Dept. 0225, PO Box 120225, Dallas, TX 75312-0225 |
| 5754591 | + | Lehigh Valley Physician Group, 1250 S Cedar Crest Blvd, Ste 3003, Allentown, PA 18103-6224 |
| 5754595 | + | Owens Dentistry, 184 State Rte 2026, Coal Township, PA 17866-7813 |
| 5754599 | | Sluhn Miners Campus, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 5754601 | + | St Luke's Physicians Group, 2428 Walbert Ave, Allentown, PA 18104-1350 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 11 2026 23:46:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5754576 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 11 2026 18:45:00 | Apple Card/GS Bank USA, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5754577 | | EDI: BANKAMER | Feb 11 2026 23:46:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5754578 | | EDI: TSYS2 | Feb 11 2026 23:46:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 5754579 | | EDI: SYNC | Feb 11 2026 23:46:00 | Barclays Bank/Old Navy, PO Box 96506, Orlando, FL 32896-5065 |
| 5754580 | | EDI: CITICORP | Feb 11 2026 23:46:00 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5755876 | + | EDI: AISACG.COM | Feb 11 2026 23:46:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5754583 | | EDI: CAPITALONE.COM | Feb 11 2026 23:46:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5754582 | | EDI: CAPITALONE.COM | Feb 11 2026 23:46:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5754584 | + | Email/Text: mediamanagers@clientservices.com | Feb 11 2026 18:45:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5754586 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2026 18:49:15 | Credit One Bank NA, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5754587 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 11 2026 18:45:00 | Fortiva Retail Credit, 5 Concourse Pkwy #300, Atlanta, GA 30328-6101 |
| 5754588 | | Email/Text: reports@halstedfinancial.com | | |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 11 2026 18:45:00 | Halsted Financial Services, 8001 Lincoln Ave Suite 500, Skokie, IL 60077 |
| 5754589 | EDI: JPMORGANCHASE | Feb 11 2026 23:46:00 | JPMorgan Chase Bank, PO Box 15299, Wilmington, DE 19850-5299 |
| 5754590 | ^ MEBN | Feb 11 2026 18:45:06 | Law Offices of Hayt, Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5754594 | ^ MEBN | Feb 11 2026 18:45:03 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5754592 | Email/Text: MDSBankruptcies@meddatsys.com | Feb 11 2026 18:45:00 | Medical Data Systems I, 1532 Lakeview Dr, Sebring, FL 33870-7957 |
| 5754593 | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2026 18:46:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5754596 | ^ MEBN | Feb 11 2026 18:45:09 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5754597 | ^ MEBN | Feb 11 2026 18:45:08 | Ratchford Law Group, P.C., 54 Glenmaura National Blvd Ste 104, Moosic, PA 18507-2161 |
| 5754598 | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 11 2026 18:46:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5754600 | Email/Text: allison@oakpointpartners.com | Feb 11 2026 18:46:00 | St Joseph Medical Group, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 5754602 | ^ MEBN | Feb 11 2026 18:45:17 | Synchrony Bank, PO Box 939069, San Diego, CA 92193-9069 |
| 5754603 | EDI: WTRRNBANK.COM | Feb 11 2026 23:46:00 | TD Bank USA/Target Credit, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5754604 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 11 2026 18:49:15 | U.S. Department of Housing and Urban Dev, 451 7th St., SW, Washington, DC 20410-0002 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5754605 | *+ | U.S. Department of Housing and Urban Dev, 451 7th St. SW, Washington, DC 20410-0002 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Myrline Rivera usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Acceptance Corporation/Carvana LLC ANHSOrlans@InfoEx.com |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Myrline Rivera**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9634<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  4:25–bk–03118–MJC | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Myrline Rivera

2/11/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2