IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Myrline Rivera,

           Debtor

Address: 214 S Maple St
          Mount Carmel, PA 17851

Debtor Last Four Digits of SSN: 9634

Myrline Rivera,

           Movant

vs.

Bridgecrest Credit Company,

           Respondent.

Chapter 7

Case No. 4:25-bk-3118-MJC

## ORDER

Upon consideration of Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722 filed November 25, 2025, Doc. 10 ("Motion"), and the Objection to Debtor's Motion filed on December 9, 2025, Doc. 13 ("Objection"), and a hearing having been held on February 12, 2026, and Bridgecrest Credit Company ("Bridgecrest") having been granted seven (7) days to file a brief supporting their argument, and where no additional briefing has been filed by Bridgecrest, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it further

**ORDERED** that Bridgecrest Credit Company will remove and mark satisfied any encumbrance or security interest in Movant's vehicle with VIN number 5N1DR2CM2LC613222 upon payment to Bridgecrest Credit Company of $9,686.04 within twenty-one (21) days from the date hereof.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 26, 2026