United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 25-03118-MJC
Myrline Rivera     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 27, 2026     Form ID: pdf010     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5754581 | Bridgecrest Credit Company, 1800 N Colorado St, Gilbert, AZ 85233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 27 2026 18:41:00 | Bridgecrest Credit Company, 7300 E Hampton Ave Suite 101, Mesa, AZ 85209-3324 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2026 18:50:11 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5755876 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2026 18:50:11 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Myrline Rivera usbkct@bankruptcypa.com |

| | |
|---|---|
| | kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Acceptance Corporation/Carvana LLC ANHSOrlans@InfoEx.com |
| Eliza Garifullina | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC ANHSOrlans@InfoEx.com |
| Elizabeth Trachtman | on behalf of Creditor Bridgecrest Credit Company LLC as Agent and Servicer for Carvana, LLC ANHSOrlans@InfoEx.com |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Myrline Rivera,<br><br>Debtor<br><br>Address: 214 S Maple St<br>Mount Carmel, PA 17851<br><br>Debtor Last Four Digits of SSN: 9634<br><br>Myrline Rivera,<br>Movant<br>vs.<br><br>Bridgecrest Credit Company,<br>Respondent. | Chapter 7<br><br>Case No. 4:25-bk-3118-MJC |

**ORDER**

Upon consideration of Debtor's Motion to Redeem Property Pursuant to 11 U.S.C. § 722 filed November 25, 2025, Doc. 10 ("Motion"), and the Objection to Debtor's Motion filed on December 9, 2025, Doc. 13 ("Objection"), and a hearing having been held on February 12, 2026, and Bridgecrest Credit Company ("Bridgecrest") having been granted seven (7) days to file a brief supporting their argument, and where no additional briefing has been filed by Bridgecrest, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it further

**ORDERED** that Bridgecrest Credit Company will remove and mark satisfied any encumbrance or security interest in Movant's vehicle with VIN number 5N1DR2CM2LC613222 upon payment to Bridgecrest Credit Company of $9,686.04 within twenty-one (21) days from the date hereof.

By the Court,

_Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: February 26, 2026